LAW OFFICES OF CARROLL & SCULLY, INC.
300 MONTGOMERY STREET
SUITE 735
SAN FRANCISCO, CALIFORNIA 94104-1909
TELEPHONE (415) 362-0241

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST SHIPYARDS METAL TRADES TRUST FUND, D. CARL HANSON, TRUSTEE, MIKE GRABOWSKI, TRUSTEE, PETER BLAKE, TRUSTEE, MARTY FOX, TRUSTEE, MICHAEL MARSH, TRUSTEE, GARY POWERS, TRUSTEE, WARNER NELSON, TRUSTEE, ELLEN VINCK, TRUSTEE, ROBERT M. SCOTT, TRUSTEE, MARTY YELLAM, TRUSTEE, GRANT ZADOW, TRUSTEE AND JOSE SANTANA, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTICAL ENGINEERING, INC., a California corporation; and Does 1 through 10 inclusive,<br><br>Defendants. | Case No. C-12-5442 RS<br><br>JUDGMENT PURSUANT TO STIPULATION |

Pursuant to the Stipulation for Judgment in this matter,

IT IS ORDERED AND ADJUDGED that the plaintiffs Pacific Coast Shipyards Metal Trades Trust Fund, D. Carl Hanson, Trustee, Mike Grabowski, Trustee, Peter Blake, Trustee, Marty Fox, Trustee, Michael Marsh, Trustee, Gary Powers, Trustee, Warner Nelson, Trustee, Ellen Vinck, Trustee, Robert M. Scott, Trustee, Marty Yellam,

LAW OFFICES OF CARROLL & SCULLY, INC.
300 MONTGOMERY STREET
SUITE 735
SAN FRANCISCO, CALIFORNIA 94104-1909
TELEPHONE (415) 362-0241

Trustee, Grant Zadow, Trustee and Jose Santana, Trustee, have and recover judgment from defendant Nautical Engineering Inc. for the following amounts:

(1) $73,535.49 representing net payroll audit delinquency pursuant to ERISA §§ 515 and 502, 29 U.S.C. 1145 and 1132.

(2) $14,707.08 interest on unpaid payroll audit delinquency:

(3) $205.00 attorney's fees incurred by plaintiffs as permitted by ERISA §§ 4301 (e) and 502 (g), 29 U.S.C. §§ 1451 (e) and 1132 (g);

The total amount is $88,447.57.

IT IS ORDERED AND ADJUDGED that no equitable relief as otherwise prayed for is given.

Let Judgment enter accordingly.

Date: 8/19/14

_____
U.S. District Judge